IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BURNETT,

        Plaintiff,                    No. CIV S-09-0963 JAM EFB

    vs.

COUNTY OF EL DORADO, and
DOES 1 through 20 inclusive,        ORDER RE SETTLEMENT & DISPOSITION

        Defendants.
_____/

      Pursuant to the representations of counsel for the parties following a Settlement Conference conducted in Chambers on October 22, 2009, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

      All hearing dates set in this matter are **VACATED.**

////

////

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4  IT IS SO ORDERED.

5  DATED: October 28, 2009.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE