Julie A. Ostil, Esq. (SBN 215202)
Law Office of Julie A. Ostil
1989 Santa Rita Rd., #A-405
Pleasanton, CA 94566
Tel: 925.265.8257
Fax: 925.999.9465
jostil@ostillaw.com

Attorneys for Plaintiff:
ROBERT BURNETT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT BURNETT,

        Plaintiff,

    v.

COUNTY OF EL DORADO, and DOES
1-20, Inclusive;

        Defendants.

_____/

Case No. 2:09-CV-00963 JAM EFB
Civil Rights

**STIPULATED SETTLEMENT
AGREEMENT AND ORDER**

1.     Plaintiff ROBERT BURNETT filed a Complaint in this action on April 8, 2009, to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 et seq., and California civil rights laws against Defendants, COUNTY OF EL DORADO; and DOES 1-20, Inclusive.  Plaintiff has alleged that Defendants violated Title II of the ADA and sections 51, 52, 54.1, and 55 of the California Civil Code, and sections 11135 *et seq.,* of the California Government Code by failing to provide full and equal access to the programs, services, and activities provided by the El Dorado County Sheriff's Department.

2.     Defendant COUNTY OF EL DORADO ("Defendant") denies the allegations in the Complaint and by entering into this Stipulated Settlement Agreement and Order does not admit liability to any of the allegations in Plaintiff's Complaint filed in this action.  The parties hereby enter into this Stipulated Settlement Agreement and Order for the purpose of resolving this lawsuit without the need for protracted litigation, and without the admission of any liability.

LAW OFFICE OF
JULIE A. OSTIL
1989 Santa Rita Rd. #A405
Pleasanton, CA 94566
925.265.8257
www.ostillaw.com

**Stipulated Settlement Agreement and Order: Case No. 2:09-cv-00963 JAM-EFB**

1

G:\DOCS\EFB\Thinklet\Orders\09cv963.stipo.1123.doc

**JURISDICTION:**

3.     The parties to this Stipulated Settlement Agreement and Order agree that the Court has jurisdiction of this matter pursuant to 28 USC §1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 USC 12101 *et seq*. and pursuant to supplemental jurisdiction for alleged violations of California Government Code §11135 *et seq*.; and California Civil Code §§51; 52; 54; 54.1; §54.3; and 55.

4.     In order to avoid the costs, expense, and uncertainty of protracted litigation, the parties to this Stipulated Settlement Agreement and Order agree to entry of this Order to resolve all claims raised in the Complaint filed with this Court.  Accordingly, they agree to the entry of this Order without trial or further adjudication of any issues of fact or law concerning plaintiff's claims.

WHEREFORE, the parties to this Stipulated Settlement Agreement and Order hereby agree and stipulate to the Court's entry of this Stipulated Settlement Agreement and Order, which provides as follows:

**SETTLEMENT OF INJUNCTIVE RELIEF:**

5.     This Order shall be a full, complete, and final disposition and settlement of Plaintiff's claims against Defendants for injunctive relief that have arisen out of the subject Complaint.  The parties agree that there has been no admission or finding of liability or violation of the ADA and/or California civil rights laws, and this Stipulated Settlement Agreement and Order should not be construed as such.

6.     Remedial Measures:  Defendant shall institute an annual training of all Sheriff's Department employees.  The training shall include appropriate methods of ensuring effective communication with disabled members of the public, including specifically deaf drivers.  The training shall include (but not be limited to) the following specifics:

a)   Deaf people can be legally licensed drivers;

LAW OFFICE OF
JULIE A. OSTIL
1989 Santa Rita Rd. #A405
Pleasanton, CA 94566
925.265.8257
www.ostillaw.com

**Stipulated Settlement Agreement and Order: Case No. 2:09-cv-00963 JAM-EFB**     2

G:\DOCS\EFB\Thinkle\Orders\09cv963.stipo.1123.doc

b)  If a deaf person requests to communicate through written notes, then that form of communication shall be used; and

c)  Asking or telling a deaf person to lip-read is never appropriate - only if the deaf person specifically requests to lip-read as a method of communication is that an appropriate accommodation.

Such training policy shall be adopted and implemented within 60 days of the parties' signing of this Stipulated Settlement Agreement and Order.

**DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS:**

7.    The parties have reached an agreement regarding plaintiff's claims for damages, attorney fees, litigation expenses and costs.  Defendant shall transmit, no later than November 20, 2009, a check payable to "Julie Ostil in Trust for Robert Burnett" in the amount of $13,500.  $4,500 of this amount is allocated in full satisfaction of Plaintiff's claims for damages for personal injury, civil rights violations, and any other form of damages.  $9,000 of this amount is allocated in full satisfaction of Plaintiff's claims for attorney fees, litigation expenses, and costs.

**ENTIRE AGREEMENT**:

8.    This Stipulated Settlement Agreement and Order constitutes the entire agreement between the signing parties on the matters described therein, and no other statement, promise, or agreement, either written or oral, made by any of the parties or agents of any of the parties, that is not contained in this written Stipulated Settlement Agreement and Order, shall be enforceable regarding the matters described herein.

**ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST**:

9.    This Stipulated Settlement Agreement and Order shall be binding on Plaintiff ROBERT BURNETT, Defendant, COUNTY OF EL DORADO; and any successors in interest.  The parties have a duty to so notify all such successors in interest of the existence and

LAW OFFICE OF
JULIE A. OSTIL
1989 Santa Rita Rd. #A405
Pleasanton, CA 94566
925.265.8257
www.ostillaw.com

**Stipulated Settlement Agreement and Order: Case No. 2:09-cv-00963 JAM-EFB**    3

G:\DOCS\EFB\Thinkle\Orders\09cv963.stipo.1123.doc

1   terms of this Stipulated Settlement Agreement and Order during the period of the Court's

2   jurisdiction of this Stipulated Settlement Agreement and Order.

3

4   **MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542**

5         10.     Each of the parties to this Stipulated Settlement Agreement and Order

6   understands and agrees that there is a risk and possibility that, subsequent to the execution of

7   this Stipulated Settlement Agreement and Order, any or all of them will incur, suffer, or

8   experience some further loss or damage with respect to the Lawsuit which are unknown or

9   unanticipated at the time this Stipulated Settlement Agreement and Order is signed.  Except for

10   all obligations required in this Stipulated Settlement Agreement and Order, the parties intend

11   that this Stipulated Settlement Agreement and Order apply to all such further loss with respect

12   to the Lawsuit, except those caused by the parties subsequent to the execution of this Stipulated

13   Settlement Agreement and Order. Therefore, except for all obligations required in this

14   Stipulated Settlement Agreement and Order, this Stipulated Settlement Agreement and Order

15   shall apply to and cover any and all claims, demands, actions and causes of action by the

16   parties to this Stipulated Settlement Agreement and Order with respect to the Lawsuit, whether

17   the same are known, unknown or hereafter discovered or ascertained, and the provisions of

18   Section 1542 of the California Civil Code are hereby expressly waived.  Section 1542 provides

19   as follows:

20         A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE

21         CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR

22         AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR

23         HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT

24         WITH THE DEBTOR.

25

26         11.     Except for all obligations required in this Stipulated Settlement Agreement and

27   Order, each of the parties to this Stipulated Settlement Agreement and Order, on behalf of

28   each, their respective agents, representatives, predecessors, successors, heirs, partners and

LAW OFFICE OF
JULIE A. OSTIL
1989 Santa Rita Rd. #A405
Pleasanton, CA 94566
925.265.8257
www.ostillaw.com

assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with the Lawsuit.

**CONSENT TO MAGISTRATE FOR ENFORCEMENT**:

12.    The parties hereby consent to the jurisdiction of a Magistrate Judge to enforce provisions of this Order for twelve (12) months after the date of this Stipulated Settlement Agreement and Order.

**SEVERABILITY**:

13.    If any term of this Stipulated Settlement Agreement and Order is determined by any court to be unenforceable, the other terms of this Stipulated Settlement Agreement and Order shall nonetheless remain in full force and effect.

**SIGNATORIES BIND PARTIES**:

14.    Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Stipulated Settlement Agreement and Order.  This Stipulated Settlement Agreement and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

Dated: October 29, 2009

/s/ Robert Burnett
Plaintiff ROBERT BURNETT

///
///
///

LAW OFFICE OF
JULIE A. OSTIL
1989 Santa Rita Rd. #A405
Pleasanton, CA 94566
925.265.8257
www.ostillaw.com

Stipulated Settlement Agreement and Order: Case No. 2:09-cv-00963 JAM-EFB                5

G:\DOCS\EFB\Thinkle\Orders\09cv963.stipo.1123.doc

1  Dated: November 4, 2009

2
                                              /s/ Jon Hendrickson
3                                             Defendant COUNTY OF EL
                                              DORADO
4

5

6  APPROVED AS TO FORM:

7  Dated: October 29, 2009                    JULIE A. OSTIL
                                              LAW OFFICE OF JULIE A.
8                                             OSTIL

9

10                                            /s/ Julie Ostil
                                              Attorneys for Plaintiff
11                                            ROBERT BURNETT

12
   Dated: November 11, 2009                   STEPHEN E. HORAN
13                                            JESSICA M. WALKER
                                              PORTER SCOTT, P.C.
14

15                                            Stephen E. Horan
                                              Attorneys for Defendant
16                                            COUNTY OF EL DORADO

17                          **ORDER**

18       Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

19  Dated:  November 23, 2009

20

21                          EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

LAW OFFICE OF
JULIE A. OSTIL
1989 Santa Rita Rd. #A405
Pleasanton, CA 94566
925.265.8257
www.ostillaw.com

G:\DOCS\EFB\Thinkle\Orders\09cv963.stipo.1123.doc